UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-CIV-22854 MARTINEZ/BROWN

EMILIO PINERO,

    Plaintiff,

v.

RICH ENTERPRISES USA, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff Emilio Pinero, by his undersigned counsel, hereby gives notice that the parties have agreed to settle the above entitled action, and have entered into a Confidential Settlement Agreement, thereby resolving the claim brought in the above referenced action Defendant, and will file a joint stipulation of dismissal of the above styled action with prejudice, within the next ten (10) days.

Respectfully Submitted

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq.
429 Lenox Avenue, Suite 4W23
Miami Beach, FL 33139
(305) 537-3723
Florida Bar No. 330483
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, and served, through the Court's CM/ECF program this 6th day of August, 2010.

Respectfully Submitted,

/s/ Lauren Wassenberg
Lauren N. Wassenberg, Esq.
429 Lenox Avenue, Suite 4W23
Miami Beach, FL 33139
Ph. (305) 537-3723
Facsimile (305) 537-3724
Bar Code No. 0034083