UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-22854-MARTINEZ/BROWN

EMILIO PINERO,

     Plaintiff,

v.

RICH ENTERPRISES USA, INC.

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, EMILIO PINERO and Defendant, RICH ENTERPRISES USA, INC., having entered into a Confidential Settlement Agreement, thereby resolving the claim brought in the above-referenced action against Defendant, hereby stipulate to the dismissal of the above styled action and request the Court to enter an Order dismissing this cause *with prejudice*.

Dated this 13th day of August 2010.

Respectfully submitted,

| | |
|---|---|
| *s/ Lauren N Wassenberg* | *s/ Charles D. Ferguson* |
| Lauren N. Wassenberg, Esq. | Charles D. Ferguson, Esq. |
| Fla. Bar No. 0034083 | Florida Bar No. |
| 429 Lenox Avenue, Suite 4W23 | 3001 SW 3rd Ave |
| Miami Beach, FL 33139 | Miami, FL 33129 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Telephone: (305) 537-3723 | Telephone: (305) 285-2000 |
| Facsimile: (305) 537-3724 | Facsimile: (305) 285-5555 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed using the court CM/ECF filing system and a copy was electronically provided to Charles Ferguson, Esq., this 13th day of August, 2010.

/s/Lauren N. Wassenberg
Lauren N. Wassenberg, Esq.
Bar No. 0034083
Attorney for Plaintiff
429 Lenox Ave, Suite 4W23
Miami Beach, FL 33139
Telephone: 305-537-3723
Facsimile: 305-537-3724